

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JM:SBK
F.#2009R01158

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 29, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 06 2010 ★
BROOKLYN OFFICE

**BY HAND DELIVERY**

The Honorable I. Leo Glasser
The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

      Re:  United States v. Eric T. Seiden
           10-CR-740 (JG)

Dear Judge Glasser and Judge Gleeson:

      On Tuesday, September 28, the government filed a notice of motion for leave to file an information in the above matter upon the defendant's waiver of indictment.  The case was assigned to Judge Gleeson.  At that time, we did not certify that relation of this matter to a case pending before Judge Glasser, United States v. Eric T. Seiden, 09-CR-582 (ILG)(the "2009 Seiden Case"), was appropriate pursuant to Rule 50.3(c) of the Rules for the Division of Business Among District Judges.  For the reason stated below, we certify that relation of the two cases is appropriate.

      Pursuant to Chief Judge Dearie's Administrative Order dated February 27, 2008 ("Administrative Order"), the government hereby certifies to the Court that the above-captioned case is properly related to the 2009 Seiden Case.

      The Administrative Order provides in relevant part:

> [N]otwithstanding any provision of Rule 50.3
> of the Rules for the Division of Business
> Among District Judges, the Clerk of the Court
> is directed to assign all criminal cases
> randomly, unless the United States Attorney
> certifies in writing at the time of filing
> that a case to be assigned satisfies one of

the three conditions in Rule 50.3(c), or involves the same specific conduct that is a subject of a pending case.

This letter constitutes the certification contemplated by the Administrative Order. As set forth below, relation is appropriate in this case pursuant to the Administrative Order because the information pending in this case is "filed against the same defendant" as the information in the 2009 Seiden Case. See Rule 50.3(c)(B). Relation is therefore appropriate.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

By: _____
    Margo K. Brodie
    Assistant U.S. Attorney
    Deputy Chief, Criminal Division
    (718) 254-6277

By: _____
    James McMahon
    Assistant U.S. Attorney
    (718) 254-6240

cc:   Deirdre VonDornum, Esq. (by email)