JM:SBK
F.#2009R01158

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ERIC T. SEIDEN,
    also known as "Eric Wilson,"

             Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. _____
(T. 18, U.S.C., §§ 1343,
2 and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

### THE DEFENDANT

1. Defendant ERIC T. SEIDEN, also known as "Eric Wilson," was a resident of Boca Raton, Florida. At different times during the relevant period, defendant SEIDEN was employed as a phone solicitor at four firms in southern Florida, all of which supposedly specialized in sales of timeshares (the "Timeshare Firms").

### THE SCHEME TO DEFRAUD

2. Defendant ERIC T. SEIDEN, also known as "Eric Wilson," called timeshare owners who resided outside Florida whose names and telephone numbers had been provided to him by the Timeshare Firms. Using his alias, defendant SEIDEN represented

to the owners that the Timeshare Firms had found buyers for the owners' timeshares.

3. Defendant ERIC T. SEIDEN, also known as "Eric Wilson," told the timeshare owners that they needed to pay processing fees ranging from $700 to $3000 to the Timeshare Firms before their timeshares could be sold. Defendant SEIDEN caused timeshare owners to pay the Timeshare Firms more than $100,000 in such fees.

4. At the time defendant ERIC T. SEIDEN, also known as "Eric Wilson," and other phone solicitors at the Timeshare Firms made these telephone calls, there were no buyers for the timeshares. The Timeshare Firms provided no services for the processing fees they received from timeshare owners. The operators of the Timeshare Firms agreed to pay defendant SEIDEN a commission ranging from 30 to 40 percent of the processing fees paid to them by the timeshare owners he had called.

## WIRE FRAUD

5. In or about and between October 2009 and July 2010, both dates being approximate and inclusive, within the Southern District of Florida and elsewhere, the defendant ERIC T. SEIDEN, also known as "Eric Wilson," together with others, did knowingly and intentionally devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the

purpose of executing such scheme and artifice, did transmit and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures and sounds.

(Title 18, United States Code, Sections 1343, 2 and 3551 et seq.)

*[signature]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#2009R01158

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT of NEW YORK

Criminal Division

THE UNITED STATES OF AMERICA

v.

**ERIC T. SEIDEN,**
**Defendant.**

# INFORMATION

(T. 18, U.S.C., §§ 1343, 2 and 3551 et seq.)

*A true bill.*

_____
                                                            *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                *Clerk*

*Bail, $* _____

_____
*AUSAs James McMahon and Scott Klugman, (718) 254-6240, 6461*